Thank you! So, let's start out with the notion that prosecution is a thing of the past, for instance. Here, they refer you to the Attorney's Association, the Office, otherwise the plaintiff. Well, Jim, I'll be liberating, first of all. Well, we're not liberating. Tell me where you're going with that. Well, I just want to make sure that the court is aware of something that we disagree with, because I don't think it's going to be easy. Well, I'm going to put something on my list here that gets it. Because, you know, these days they refer you to a witness, and they refer you to the state. So, I'm not sure how these things play out. I'm not sure that we're witnessing it in terms of the end plan. Let's talk about doing this in ten days. Okay. Well, we'll get to that. So, the error, the prison margin error, is forecasted in this case? It's not a real case error. I only heard, I heard some substantial, and an outstanding, because it used to be so difficult. Otherwise, you'd see it as a consequence. I used to be one. I sit by my peers, and I would tell the judge, well, here's my card, and here's what I'm supposed to give you for your indiscretion. So, that's how some things work, Okay. Well, there's an indication that it would be possible to look at it closely, but the employee card, isn't the case. It's not to make such a false impression, but it's to prevent possibility of breaking your ex-stunt. So, you don't want to just see it as getting into someone else's m demiş. But that would make it possible for me not to distinguish these two cases. Well, those are the positions. Honestly, I don't think it's what athletes use here. I don't think that they use their policy to help mature simplifying these situations. So, it was just a completed oversight over a few of the others, and I'm sure that there's a different case in terms of these different roles. So, you want to drive this contradiction? Well, I'm not sure how good a doctor it is, but I'm pretty disappointed. Well, for her, it was a good decision. It was a good decision. I think, literally, we want to see that conversation to the person. But it's not about the conversation, it's about the meeting with the doctor. And then you can ask them, Well, I'm sorry. I'm sorry. And, you know, so, the jury always needs to be in the service of the doctor. Right? There has to be an instruction set for you. There has to be, you know, when someone becomes a character, there has to be collaborations that they have to have with him. And they want security. Well, if you're a security researcher, you have to know why some people do have disabilities. And all of those people have things that require somebody to be a doctor when you have medical benefits. You don't believe this one. When you're writing your job description, what I found was that the jury instruction said specifically that she was given favoritism. And she was twice as likely to be released. So, I think we have to hold on to the problem. So, the jury instruction is saying, you know what, jury? If she does what's strictly needed, she can't go to the doctor. And we're going to need to have the government sitting for something. And the problem is that it infers that the government is somehow determined that she can't go to the doctor. And then, at the same time, she's saying that she can only see all the other four advice that she needs to see for a doctor. The normal course of disability is that they should be able to meet their agreements on things. The government finds out somebody discusses an agreement and it doesn't just constitute some information. It constitutes information that somebody says, you're not going to be able to go to the doctor, you're going to have to meet your agreement, and you can do the deal. And then we're going to have all the government say, see, by the way, this is just some information. And that's fine. That's fine. But, so, here, anyway, so it follows me as one of these, there's only a provision in the curriculum anyway, surely it will afford higher inconsistent standards. But we have a number of things that are possibly issues that are simply utilized, you know, utilized stories of people who have deep forgotten the subject, and then they can come up with a new thing that they can use as an alternative to the definition. Well, I'm not sure. You know, I would like to ask you a question.  Go ahead. I'm not sure. I'm not sure. I'm not sure. What do you think should be the issue of the fact that people with disabilities, the problem is that you don't expect us to state the data, and you told your mom that you were sent out to a criminal trial. You told your kids that several times you got food for your hungry. Don't you know that you took your kids to the hospital, which is excellent, let your kids be healthy? You know, I think that there's this strategy of saying, whoever said you need to do good, also tells you you need to do good, and it's not you. It's the government. It's the government. It's the courts. May I ask you a question? I'm sorry. What was the judge's opinion? Well, I was the judge's opinion, but I don't know what the judge's opinion is. So, I think that there is a contradiction between the judge's opinion and the state's opinion. I mean, clearly, and I mean, that's why I would have expected all of your cases to start in a political sense, and you would have immediately said, I'm sorry, and then the agency's opinion would have been the same. So, I think that sometimes, it's a good thing that we're not looking at all of these different jurisdictions to assess what the state's opinion is, because I think that if you see these different jurisdictions, I mean, the plain air jurisdiction, the plain air jurisdiction, I think is the most effective, and I think the support is just indisputable, and obviously, why is that? A lot of verifiable, a lot of stuff too, especially concerning the facts, the credibility, which is an example, especially concerning the effects of the judge's reputation, it's all standards, which, in my position, obviously, as you know from the briefing, it's not an option to use, it's the wrong standard, it's no way to go, it's not a reason, it's not a decision, and then the other issue that, you know, Ms. Versailles never even said that she knew that she was transporting drugs, and so I think that's not great, people in the air, and it's important, and sometimes the fact is, you know, there's so much going on, and obviously, there's so much greed, and it wasn't just about me, but I think Dr. Kroengo was just as helpful. Thank you. Good morning. Good morning, and I was thinking about bringing in the addressed Yes, correct, in terms of this question, we have this plain error here, we don't want to create specific errors, it's information, it's a matter of timing. As you know, you don't need a message attorney to bring that across. That's right. You don't need, and you also don't need a message attorney to bring that across. You have to interact. A message attorney, at that point, is your option, your secondary, your university. But it seems to me, you can't say, he opens the door, and then she has to open the door. I think it's a great idea. You say yourself, this is your right now, it's a part, but it outlines and informs you that there are ways that defense counsel is embracing honest testimony is kind of a witness on how she or he directs you to this type of issue. So the defense counsel can look at this court of orders, and she can say her testimony shows that she's not at charge, she seems to presume she pays for everything, and she seems to charge for everything. So there is a defense counsel, I think, arguing that a lot of what credible people think is the defense, but to me, why there is no issue here, why it's not an issue here. But secondly, there's no point here in bringing this out because this court noted it is true on behalf of the instruction that the court gave in this case. It's the term of instruction that just intrudes in the practice because of the instruction, which most courts get aware of. But if I say, the witness is giving testimony in exchange for the truth and being cooperative as to her testimony for these reasons, she's evaluating the testimony while not responding to the truth, considering the extent to which her word of her testimony may be misinterpreted, in addition, you should examine the testimony on her part with greater caution than the other witness. And that's a very specific case that I think is true, and that this court noted that in those prior decisions. Can you judge the record as what we argued that should be considered in probation? Yeah. Can you do that, so the witness would never testify? Yeah. That's a problem, too. Well, I think if I select the record here to protect your data, it's fine, but if you delete the record, if you put something on it, you don't do what the father or the son has to say because they don't say what the mother and the son have to say. I'm going to say that you have to decide that whether the father or the son has to testify. No, no. I can't do that. You may have not. It's not clear from the record that Sherry is talking about that she's going to testify or she's talking about how the father can actually do the whole word, but Sherry, what you're doing is getting her to bring that out. I must admit, both Sherry, I'm sorry, but I'm also happy that you're getting Sherry, which is so incredible. What it does is bring a bigger consensus in this argument because if this is the case, then it's wrong. Alhada is just being corroborated at this time because of these between these two conspirators, the defendants and the Rodrigo organization. And remember, the defendant, Rodrigo, is the one who's been hanging around by the law right now and how are you going to cross these lines before you reach the border? But we have the defendants and the Rodrigo speaking to each other in Alhada, but we can't tell them what the use of the defendant is. So it basically translates for the girls is that they're very strong if they're in the exactly what's going on. Why do you think that you have three co-commissioned co-execs with the execs? Yeah, he says, you know, do you want to make some easy money and your passport is George and you have your passport and you're the conservator and you're the ex-convict and you need somebody to cross. It's the same $1,000 for each year. There's been an appropriation that's been done by most of the executives in the area are executive consultants. Over $900,000 a year over $300,000 a year in this country. And again, that's important because there's very unlikely that we are going to be able to do that. Do you trust the federal constitution at all? Not at all. I'm just telling you that it's pretty wide. There's a lot of hair on this federal constitution that's one of the things that's going to play in the battle for us. Also, there are people who are supposed to be in charge of         to be in charge of the constitution. So, I'm not going to trust the federal constitution at all. I'm not going to trust them  all. But there are a lot of people who I don't trust. I don't trust the federal constitution at all. I'm also going to trust the federal constitution at all. I don't         going to trust the federal constitution at all. I'm also going to trust the federal constitution at all. I'm not   trust  federal   all. That's  true. I'm not going to trust the federal constitution at all. I'm not going to trust the Constitution      important questions. On this point, House Committee members have          of the United States. The House Committee has been asking questions about the Constitution and the Constitution of the United States. States.  House Committee has been asking questions about the Constitution of the has been asking questions    of the asking questions of the House
judges: Callahan, Hurwitz, Molloy